AO 442 (Rev. 11/11) Arrest Warrant                                                                                                          FID 11703531

# UNITED STATES DISTRICT COURT
для the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 1:44 pm, Aug 08, 2024

United States of America
v.
Andrew Kade Starling

)
) Case: 1:24-mj-00244
) Assigned to: Judge Faruqui, Zia M.
) Assign Date: 8/8/2024
) Description: COMPLAINT W/ ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andrew Kade Starling,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date:  08/08/2024                                           2024.08.08 12:59:23 -04'00'
                                                            *Issuing officer's signature*

City and state:  Washington, D.C.                           Zia M. Faruqui, U.S. Magistrate Judge
                                                            *Printed name and title*

**Return**

This warrant was received on *(date)* 08/08/2024, and the person was arrested on *(date)* 08/12/2024
at *(city and state)* Wilmington, NC.

Date:  August 12, 2024                                      *J. Russ Fields*
                                                            *Arresting officer's signature*

                                                            J. Russ Fields; Deputy U.S. Marshal
                                                            *Printed name and title*