# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No. 1:24-CR-00448 (DLF)** |
| **ANDREW STARLING,** | |
| Defendant. | |

## JOINT MOTION TO VACATE STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Andrew Starling, through counsel, hereby move the Court to vacate the status conference currently scheduled for Thursday, December 19, 2024. The government and counsel for the Defendant have conferred, and the parties do not have any updates or issues to discuss before the Court. The parties are agreed that this case is ready for trial and request that a jury trial be scheduled to commence on March 24, 2025.[1] The parties anticipate that the trial will take no longer than five days, including jury selection. The parties also request that, considering the holidays and scheduled leave, any pretrial motions be due on or after January 30, 2025.

The parties agree that the time from December 19, 2024, up to trial should be excluded so that the Defendant can continue to review discovery and prepare for trial. The parties submit that the ends of justice served by excluding this period outweigh the best interest of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

---

[1] The parties are also available for trial the weeks of March 31, April 14, and April 21.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

*/s/ Kathryn E. Bolas*
KATHRYN E. BOLAS
Assistant U.S. Attorney
NY Bar No. 5704234
United States Attorney's Office
Capitol Siege Section
601 D Street, NW
Washington, D.C. 20530
Phone: 202-252-0872
Kathryn.Bolas@usdoj.gov

*Attorney for the United States*

*/s/ David Venable*
DAVID VENABLE
Assistant Federal Public Defender
NC Bar No. 23307
150 Fayetteville Street
Suite 450
Raleigh, NC 27601
919-856-4236
david_venable@fd.org

*Attorney for the Defendant*